**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hugo PLANCARTE–SALAS, Defendant–Appellant.**

**No. 05–11058**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

Susan B. Cowger, Rick Calvert, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

James Gray Jamison, Dallas, TX, for Defendant–Appellant.

----

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appellate counsel for Hugo Plancarte–Salas (Plancarte) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Plancarte has not responded. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

----

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.